PLAINTIFF/PETITIONER/MOVANT'S NAME
David Reyes
PRISON NUMBER
P-96254

PLACE OF CONFINEMENT
Mule Creek State Prison

ADDRESS
P.O. Box 409060 / 4001 Highway 104
Amador County
Ione, California

FILED
2008 APR 30 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

2354 ✓ 1983
FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ✓ No ___
COPIES SENT TO Court ✓ Prose ___

# United States District Court
## Southern District Of California

DAVID REYES, Plaintiff/Petitioner/Movant

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; and M. MARTEL,, Warden et.al.; Defendant/Respondent

Civil '08 CV 0791 JLS PCL
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, David Reyes
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? [X] Yes [ ] No (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution? [ ] Yes [X] No
   Do you receive any payment from the institution? [ ] Yes [X] No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   Service Performance Corp., 3707 N. Harbor Dr., Suite 101

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   to '98 Service Performance Corp., 3707 N. Harbor Dr., Suite 101, San Diego, CA $1,600/mo
   to '97 Pedus Building Service, Inc. 10979 San Diego Mission Rd., San Diego, CA $1,600/mo

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☒ Yes ☐ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   Gift From My Parents/$ 100.00 per month appx./ No specific expectation of any further such gifts, no expectation of any other gifts, payments, and/or income.

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): Prison Trust Account
   b. Present balance in account(s): $100.

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: N/A Year: N/A Model: N/A
   b. Is it financed? ☐ Yes ☐ No N/A
   c. If so, what is the amount owed? N/A

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

☐ Yes ☒ No

If "Yes" describe the property and state its value. N/A

//

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Self appx. $100. (Clothing, medical co-pay, copy costs, food, etc).

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

N/A

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE

D Reyes

SIGNATURE OF APPLICANT

David Reyes, Declarant/Applicant/Petitioner.

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

SEE ATTACHED

## PRISON CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I certify that the applicant ______________________________,
(NAME OF INMATE)

______________________________,
(INMATE'S CDC NUMBER)

has the sum of $______________ on account to his/her credit at ______________

______________________________.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ______________ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ ______________, and the ***average monthly deposits*** to the applicant's account was $______________.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

______________________________
DATE

______________________________
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

______________________________
OFFICER'S FULL NAME (PRINTED)

______________________________
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, David Reyes, P-96254, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

D Reyes

DATE

SIGNATURE OF PRISONER
David Reyes, Declarant/Applicant/Petitioner.

Case Number: ______________

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Reyes, David D96254 for the last six months [prisoner name] at SALINAS VALLEY STATE PRISON ACCOUNTING DEPARTMENT P.O. BOX 1020 SOLEDAD, CA 93960-1020 where (s)he is confined. [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.

Dated: 4/22/08

L. Macias

[Authorized officer of the institution]

REPORT ID: TS3030 .701 REPORT DATE: 04/21/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU APR. 21, 2008

ACCOUNT NUMBER : P96254 BED/CELL NUMBER:
ACCOUNT NAME : REYES, DAVID ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4/22/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias SVSP
TRUST OFFICE