EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA, State Bar No. 186751
Supervising Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2198
Fax: (619) 645-2191
Email: Kevin.Vienna@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID REYES,** Petitioner, | 08cv791 JLS (PCL) |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS** |
| **M. MARTEL, Warden, et al.,** Respondents. | The Honorable Peter C. Lewis<br>United States Magistrate Judge |

Kevin R. Vienna declares:

I am the Deputy Attorney General assigned to prepare response in this matter. A motion to dismiss is due on June 23, 2008, and an answer on the merits is due on July 7, 2008. As explained below, I believe that the proper response will be a motion to dismiss on the basis of the statute of limitations.

Other work has prevented me from commencing work on this matter, but I expect to begin and complete a motion to dismiss within about two weeks. Accordingly, I ask the Court to grant an extension of time to July 23, 2008, or August 7, 2008, respectively.

///

**A. Background**

Petitioner David Reyes challenges a conviction in San Diego County Superior Court in 2000. It appears that his conviction became final on direct review in 2002. In that matter, Reyes was convicted of murder and sentenced to sixteen years to life imprisonment.

I have obtained copies of a series of state habeas corpus petitions he began filing in 2003. It appears that between his second state petition in the Court of Appeal and his third petition in the California Supreme Court, a period of more than two years expired. Moreover, it appears that the California Supreme Court denied his final state petition as untimely on November 16, 2006. Thereafter, Reyes delayed until April 2008 before filing his federal Petition.

Because of these several periods of delay, it appears that the Petition is not timely filed.

**B. Counsel's Status**

This case was assigned to me about May 16, 2008. I generally work on cases in the order in which they are assigned. In about the last month, I have completed work on the following cases:

| | |
|---|---|
| Griggs v. Tilton | 08cv0477 JAH (NLS) |
| Romero v. Curry | SACV 07-985 |
| Tatarinov v. Superior Court of California | 07cv2033 |
| Oeur v. Martell | EDCV 08-0332 |
| Dunn v. Clark | 08-0485 |
| Garcia-Rosales v. Dawson | SACV 08-0174 |
| Nasichampang v. Tilton | 07-55247 (Oral Argument) |
| Wooley v. People | EDCV 08-0333 |
| Russ v. Yates | EDCV 08-00539 |
| Lohman v. Felker | 07-0905 |

I have three other cases that were assigned before the instant *Reyes* matter. I substantially completed one of those over the past weekend. I expect to complete the other two within about the next ten days.

Additionally, I am on this office's habeas corpus team. That means my work is routinely interrupted by questions from other deputies regarding federal habeas corpus matters.

Granting of an enlargement of time will permit the response to be prepared without impairing quality and will afford adequate time to obtain and copy necessary records, for review and processing in this office, and for filing in this Court. Should this extension be granted, I will seek to complete the briefing based on the schedule described above, and I will not place this matter at any lower priority. All extension requests and progress are monitored by the senior assistant attorney general in charge of this office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 23, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

s/Kevin Vienna
KEVIN VIENNA
Supervising Deputy Attorney General
Attorneys for Respondent

80252842.wpd
SD2008700389

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name: **Reyes v. Martel**

No.: **08cv791 JLS (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 23, 2008, I served the following documents:

**MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS; and ORDER GRANTING MOTION FOR EXTENSION OF TIME**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

David Reyes
P-96254
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640-9060

*In Pro Se*

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing): **David Reyes**, at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 23, 2008, at San Diego, California.

| | |
|---|---|
| Bonnie Peak | Bonnie Peak |
| Declarant | Signature |

SD2008700389
80252859.wpd