IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID REYES,**<br>Petitioner,<br>**v.**<br>**M. MARTEL, Warden, et al.,**<br>Respondents. | 08cv791 JLS (PCL)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

**IT IS HEREBY ORDERED** that, good cause having been shown, Respondents are GRANTED an extension of time through July 23, 2008 to file a Motion to Dismiss, or until August 7, 2008 to file an Answer to the Petition. If Respondents file a Motion to Dismiss, Petitioner shall file an Opposition by August 22, 2008. If Respondents file an Answer, Petitioner shall file a Traverse no later than September 5, 2008.

DATED: June 25, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court