EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
ANTHONY DA SILVA
Deputy Attorney General
KEVIN VIENNA, State Bar No. 186751
Supervising Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2198
Fax: (619) 645-2191
Email: Kevin.Vienna@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID REYES,**<br><br>Petitioner,<br><br>**v.**<br><br>**M. MARTEL, Warden, et al.,**<br><br>Respondents. | 08cv791 JLS (PCL)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Judge: The Honorable Peter C. Lewis<br><br>[No Hearing Required] |

TO PETITIONER DAVID REYES PROCEEDING IN PRO SE:

PLEASE TAKE NOTICE that Respondent hereby moves this Court for an Order dismissing the Petition for Writ of Habeas Corpus because the Petition is barred by the Statute of Limitations. This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and on the pleadings filed or documents lodged in this action.

///

WHEREFORE, Respondent respectfully requests the Petition be dismissed with prejudice.

Dated: July 17, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
ANTHONY DA SILVA
Deputy Attorney General

s/Kevin Vienna

KEVIN VIENNA
Supervising Deputy Attorney General
Attorneys for Respondent

KV:ms
70130593.wpd
SD2008700389

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **Reyes v. Martel**

No.: **08cv791 JLS (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 22, 2008, I served the following documents:

**NOTICE OF MOTION AND MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

David Reyes
P-96254
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640-9060

*In Pro Se*

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing): **David Reyes**, at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 22, 2008, at San Diego, California.

| | |
|---|---|
| Monica E. Seda | *Monica E. Seda* |
| Declarant | Signature |

SD2008700389
70131116.wpd